# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **VIRGINIA SPANO and SUSAN MIZAK,** | CIVIL ACTION NO. 2:17-CV-717 |
| Plaintiffs | (Chief Judge Conner) |
| v. | |
| **OHIO HOSPICE AND PALLIATIVE CARE d/b/a Paramount Hospice and Palliative Care, PARAMOUNT HOSPICE AND PALLIATIVE CARE, and JAMES J. COX**, individually, | |
| Defendants | |

## **ORDER**

AND NOW, this 31st day of January, 2018, upon consideration of defendants' motion (Doc. 15) to dismiss the class allegations in second amended complaint (Doc. 13) or, in the alternative, to strike certain portions of the class allegations therein, and for the reasons stated in the accompanying memorandum, it is hereby ORDERED that:

1. The motion (Doc. 15) to dismiss is DENIED.

2. Defendants shall respond to plaintiffs' second amended complaint (Doc. 13) in accordance with the Federal Rules of Civil Procedure.

                  /S/ CHRISTOPHER C. CONNER
                  Christopher C. Conner, Chief Judge
                  United States District Court
                  Middle District of Pennsylvania