# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **VIRGINIA SPANO and SUSAN MIZAK,** | CIVIL ACTION NO. 2:17-CV-717 |
| Plaintiffs | **(Chief Judge Conner)** |
| v. | |
| **OHIO HOSPICE AND PALLIATIVE CARE d/b/a Paramount Hospice and Palliative Care, PARAMOUNT HOSPICE AND PALLIATIVE CARE, and JAMES J. COX, individually,** | |
| Defendants | |

## **ORDER**

AND NOW, this 19th day of December, 2019, upon consideration of plaintiffs' motion (Doc. 79) for enforcement of settlement agreement, and the parties' respective briefs in support of and opposition to said motion, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. The motion (Doc. 79) for enforcement of settlement agreement is DENIED.

2. The stay imposed by the court's order (Doc. 95) of August 6, 2019, is LIFTED.

3. The deadline to file an opposition to plaintiffs' motion (Doc. 78) for class certification shall be **Friday, January 17, 2020**. All other instructions and guidelines set forth in the case management order (Doc. 34) and the briefing schedule and procedures order (Docs. 50) shall remain in full force and effect except as modified herein.

4. The parties are directed to meet and confer and, on or before **Friday, January 10, 2020**, jointly file a proposed amended case management schedule in accordance with the court's trial term calendar as attached hereto.

        /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania

# Judge Conner
## 2020 – 2021 Court Calendar

| | **2020** | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Trial List** | **Discovery Cut-Off** | **Dispositive Motions & Briefs in Support** | **Affirmative Expert Reports** | **Responsive Expert Reports** | **Suppl. Expert Reports** | **Motions in Limine & Briefs in Support** | **Final Pre-Trial Conference** | **Voir Dire and Jury Instructions** | **Jury Selection** |
| **October** | 3/30/20 | 5/6/20 | 5/6/20 | 6/5/20 | 6/19/20 | 8/5/20 | 9/23/20 | 9/23/20 | 10/5/20 |
| **November** | 4/30/20 | 6/3/20 | 6/3/20 | 7/3/20 | 7/17/20 | 9/3/20 | 10/21/20 | 10/21/20 | 11/2/20 |
| **December** | 5/29/20 | 7/1/20 | 7/1/20 | 7/31/20 | 8/14/20 | 10/7/20 | 11/18/20 | 11/18/20 | 12/7/20 |
| | **2021** | | | | | | | | |
| **January** | 6/28/20 | 8/6/20 | 8/6/20 | 9/7/20 | 9/21/20 | 11/5/20 | 12/16/20 | 12/16/20 | 1/4/21 |
| **February** | 7/31/20 | 9/4/20 | 9/4/20 | 10/5/20 | 10/19/20 | 12/3/20 | 1/20/21 | 1/20/21 | 2/1/21 |
| **March** | 8/31/20 | 10/1/20 | 10/1/19 | 11/2/21 | 11/18/20 | 1/7/21 | 2/17/21 | 2/17/21 | 3/1/21 |
| **April** | 9/29/20 | 11/5/20 | 11/5/20 | 12/4/20 | 12/18/20 | 2/4/21 | 3/17/21 | 3/17/21 | 4/5/21 |
| **May** | 10/30/20 | 12/3/20 | 12/3/20 | 1/4/21 | 1/19/21 | 3/4/21 | 4/21/20 | 4/21/20 | 5/3/21 |
| **June** | 11/27/20 | 1/7/20 | 1/7/21 | 2/5/21 | 2/19/21 | 4/1/21 | 5/19/21 | 5/19/21 | 6/7/21 |
| **July** | 12/31/20 | 2/4/21 | 2/4/21 | 3/4/21 | 3/18/21 | 5/6/21 | 6/16/21 | 6/16/21 | 7/6/21 |
| **August** | 1/29/21 | 3/4/21 | 3/4/21 | 4/5/21 | 4/19/21 | 6/3/21 | 7/21/21 | 7/21/21 | 8/2/21 |
| **September** | 2/26/21 | 4/1/21 | 4/1/21 | 5/3/21 | 5/17/21 | 7/1/21 | 8/18/21 | 8/18/21 | 9/7/21 |
| **October** | 3/30/21 | 5/6/21 | 5/6/21 | 6/4/21 | 6/18/21 | 8/5/21 | 9/22/21 | 9/22/21 | 10/4/21 |
| **November** | 4/30/21 | 6/3/21 | 6/3/21 | 7/6/21 | 7/20/21 | 9/3/21 | 10/20/21 | 10/20/21 | 11/1/21 |
| **December** | 5/28/21 | 7/1/21 | 7/1/21 | 7/29/21 | 8/12/21 | 10/7/21 | 11/17/21 | 11/17/21 | 12/6/21 |